Supreme Court, Kings Special Term. Reported. N. Y. L. J., April 14, 1900.

In the Matter of the Petition of Alexander Weinberger to Revoke the Liquor Tax Certificate of Jacob Goldberg.

*Abraham Miller,* for petitioner.

*Holm & Smith,* for respondent.

Maddox, J.: The averment in the petition (93) negatives the conclusion that the church property is used "exclusively as a church." It does not appear for what purpose the portion set apart for the sexton's use is or has been put to (see 9 Misc. 250; 14 Misc. 178).

Motion denied, but without prejudice to a renewal, if petitioner shall be so advised. No costs.

---

Supreme Court, Erie Special Term, April, 1900. Reported. 31 Misc. 285.

Henry H. Lyman, as State Commissioner of Excise, Plaintiff, *v.* John W. Siebert and United States Guaranty Co., Defendants.

Liquor Tax Law—Complaint against surety to recover penalties must show the time when the principal incurred them—Demurrer.

Under a bond conditioned that, if a liquor tax certificate be granted to the principal, he will not, "while the business for which such liquor tax certificate is given shall be carried on," violate any provisions of the